IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:07-cr-00159-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. AMANDA LYNCH,

        Defendant.

**ORDER**

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant be brought before United States Magistrate Judge Court, as soon as practicable, for proceedings and appearances upon the charges set forth in the Indictment, and to hold her at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein she is now confined.

SO ORDERED this 8th day of April, 2007.

                                                                  _____
                                                                  MAGISTRATE JUDGE
                                                                  UNITED STATES DISTRICT COURT
                                                                  DISTRICT OF COLORADO