**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 07-cr-00159-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    AMANDA LYNCH
2.    JEREMY JOHN WETTIG
3.    AMANDA KATHLEEN THOMAS
4.    KARLI COLUCCI
5.    MICHAEL SEXTON,

      Defendants.

_____

**Order**
_____

For the reasons stated in Court at a hearing June 15, 2007, Defendant Lynch's Unopposed Motion to Declare Case Complex Pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(i)(ii) and (iv) (Docket #58) is GRANTED.

**DONE and ORDERED,** this ___19th___ day of June 2007 at Denver, Colorado.

                                                       ___s/Lewis T. Babcock_____
                                                       United States District Judge