IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00159-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    AMANDA LYNCH,

    Defendant.

---

## ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

THE COURT has reviewed the Government's Petition for a Writ of Habeas Corpus Ad Prosequendum pertaining to the above-named defendant for a Sentencing Hearing before the United States District Court for the District of Colorado, on the 18th day of April, 2008 at 8:30 a.m. The Court is familiar with the file in this case.

Being now informed in the premises, the Court hereby orders the Clerk of the United States District Court to issue such a Writ directing the United States Marshal and any other officer in whose custody the defendant may be held to bring the body of Amanda Lynch (No.135725) is now in the custody of the Colorado Department of Corrections, Colorado Women's Corrections Facility, at 3800 Grandview, Canon City, Colorado, before the Honorable United States District Judge Lewis T. Babcock, sitting at Denver, Colorado, on the 18th day of April, 2008 at 8:30 a.m., and from day to day thereafter, for a Change of Plea Hearing in the United States District Court for the District of Colorado in the above-entitled and pending cause; and to hold the said

defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings described in the above-entitled cause in the United States District Court for the District of Colorado, the United States Marshal and any other officer in whose custody the defendant is held shall return the defendant to the institution where she was confined, under safe and secure conduct, and have then and there this Writ.

    DATED at Denver, Colorado, this   18th   day of     March    , 2008.

                           BY THE COURT:

                              s/Lewis T. Babcock
                            LEWIS T. BABCOCK
                            UNITED STATES DISTRICT JUDGE
                            UNITED STATES DISTRICT COURT
                            DISTRICT OF COLORADO