IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00159-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     AMANDA LYNCH,

    Defendant.

---

**ORDER**

---

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised:

IT IS HEREBY ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

SO ORDERED this   18th   day of   April  , 2008.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              LEWIS T. BABCOCK
                              UNITED STATES DISTRICT JUDGE
                              UNITED STATES DISTRICT COURT
                              DISTRICT OF COLORADO