IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  07-cr-00159-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    AMANDA LYNCH,

        Defendant.

---

## ORDER

---

      THIS MATTER coming fore the Court upon motion of the government to dismiss

Counts 2 through 9, 12 through 20, and 22 through 32 of the Indictment in the above-

entitled case, and the Court having considered the same,

      IT IS HEREBY ORDERED that Counts 2 through 9, 12 through 20, and 22

through 32 of the Indictment in the above-captioned case are dismissed.

      SO ORDERED this ____18th____ day of _____April_____, 2008.


                        BY THE COURT:


                        __s/Lewis T. Babcock_____
                        LEWIS T. BABCOCK
                        UNITED STATES DISTRICT JUDGE
                        UNITED STATES DISTRICT COURT
                        DISTRICT OF COLORADO